# DOCUMENTS TO BE SEALED

## PLAINTIFF

-V-

## DEFENDANT

DOCKET NUMBER: 22 CV 00746

DATE FILED: JAN 2 8 2022

SIGNED BY: JUDGE COTE

DATE SIGNED: JAN 2 5 2022

TO BE FILED UNDER SEAL:

___ ENTIRE ACTION

_X_ COMPLAINT/PETITON ONLY  Partial Redaction

___ OTHER DOCUMENTS/EXHIBITS